UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| JEFFREY L. GORE )<br>       Plaintiff, )<br>)<br>v. )<br>)<br>MARTIN O'MALLEY, )<br>COMMISSIONER OF SOCIAL SECURITY)<br>       Defendant. ) | **JUDGMENT**<br><br>No. 7:23-CV-1223-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the parties' stipulation as to payment of attorney fees and costs.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered August 2, 2024, it is ordered that defendant pay to plaintiff $7,000.00 in attorney's fees in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412, plus reimbursement of $402.00 in costs for the filing fees from the Treasury Judgment Fund.

**This Judgment Filed and Entered on August 2, 2024, and Copies To:**
Cheryl A. O'Brien (via CM/ECF Notice of Electronic Filing)
Samantha Zeiler / Thomas Paul Zimarowski / Wanda Mason (via CM/ECF Notice of Electronic Filing)

August 2, 2024                      PETER A. MOORE, JR., CLERK

                                        /s/ Sandra K. Collins
                                       (By) Sandra K. Collins, Deputy Clerk